373 A.2d 1122

Commonwealth v. Eminhizer, Appellant.

Submitted September 13, 1976. Alan Ellis, for appellant; Charles C. Brown, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed, and the defendant is directed to appear in the court below when called, in order to be committed by that court to serve any portion

of the sentence which had not been completed at the time the appeal was made a supersedeas.